# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO, | |
| Plaintiff, | CIVIL ACTION NO. 3:24-cv-01115 |
| v. | (SAPORITO, J.) |
| FENIX INTERNET LLC, | |
| Defendant. | |

## ORDER

AND NOW, this 13th day of November, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation (Doc. 9) is **ADOPTED**;

2. The amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, without further leave to amend, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Any appeal from this order is deemed to be frivolous and not taken in good faith, *see* 28 U.S.C. § 1915(a)(3); and

4. The clerk shall mark this case as **CLOSED**.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge